SAINT JOSEPH'S HOSPITAL & MEDICAL CENTER v. JOANNE E. FINLEY, COMMISSIONER OF HEALTH.

January 17, 1978. Petition for certification denied. (See 153 *N. J. Super.* 214)

STATE OF NEW JERSEY v. GEORGIA WHITLOW.

January 17, 1978. Petition for certification denied.

AUSTIN BOMBARO, T/A OZ'S ATLANTIC SERVICE STATION v. THE SPERRY & HUTCHINSON CO.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED GRIFFIN.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL EARL JENNINGS.

January 17, 1978. Petition for certification denied.

NORMAN N. SCHIFF v. CLARIE SCHIFF.

January 17, 1978. Petition for certification denied.